```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
```

----------------------------         2:18-cv-14506 WJM

CONNIE MORTON, et al

    Plaintiffs,

    v.                      **O R D E R**

BIOMET, INC., et al

    Defendants.

----------------------------

On April 9, 2019 Magistrate Judge Mark Falk filed a detailed Report and Recommendation in which he found:

"Plaintiffs raised "colorable" claims against Davis and Legacy. Defendants have not carried their heavy burden of demonstrating that the New Jersey defendants have been fraudulently joined. Therefore, removal was barred by the forum-defendant rule and the Court does not have diversity jurisdiction over this case."

The parties were notified that they had fourteen (14) days to submit objections to the Report and Recommendation pursuant to Local Rule 72.1(c)(2); no objection or responses having been received; and the Court having reviewed the Report and Recommendation, and good cause appearing;

It is on this 29th day of April, 2019

**ORDERED** that the Report and Recommendation of Magistrate-Judge Mark Falk is hereby adopted as the Opinion of this Court;

**FURTHER ORDERED** that this matter is remanded to the Superior Court of New Jersey Bergen County – Law Division.

                                            s/William J. Martini
                                    WILLIAM J. MARTINI, U.S.D.J.